UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORGE NAVARETTE, | CASE NO. C24-0541 BHS |
| Petitioner, | ORDER |
| v. | |
| R. CATERNOLO, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Sarah Vaughan's Report and Recommendation (R&R), Dkt. 10, recommending that the Court deny pro se prisoner petitioner Jorge Navarette's § 2241 habeas petition, and dismiss the case without prejudice. Among other reasons, Judge Vaughan notes that the BOP reflects that Navarette has been released and that his petition is moot. Dkt. 10 at 4 n.2. Indeed, the R&R was mailed to and returned undelivered from the Federal Detention Center at SeaTac, with the notation "not at Federal Detention Center SEATAC." Dkt. 11.

A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The

ORDER - 1

district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

In any event, Navarette has not objected to the R&R, and it is not clearly erroneous or contrary to law.

The R&R is therefore ADOPTED. Navarette's § 2241 habeas petition is **DENIED**, and this case is **DISMISSED** without prejudice.

The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 31st day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge